**Matthew ROLLINS, Plaintiff–Appellee**

v.

**DALLAS COUNTY TEXAS; Dallas County Constable Office Precinct 2; Michael Gothard, Defendants–Appellants.**

No. 10–10043.

United States Court of Appeals, Fifth Circuit.

March 3, 2011.

Charles R. Nichols, John H. Carney & Associates, Dallas, TX, for Plaintiff–Appellee.

Dolena Tutt Westergard, District Attorney's Office, Dallas, TX, for Defendants–Appellants.

Before KING, DAVIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.